# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD HILES, | : |
|     Plaintiff | : |
|     v | :   CIVIL ACTION NO. 3:13-1798 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | :   (JUDGE MANNION) <br> : |
|     Defendant | : |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The decision of the Commissioner of Social Security denying Edward Hiles disability insurance benefits and supplemental security income benefits is affirmed.

2. The Clerk of Court shall close this case.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

Dated: November 7, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1798-01 order.wpd